1 | BEESON SKINNER BEVERLY, LLP
   Donald L. Beeson, dbeeson@bsbllp.com
2 |      State Bar No. 56532
   Brian Beverly, bbeverly@bsbllp.com
3 |      State Bar No. 103089
One Kaiser Plaza, Suite 750
4 | Oakland, CA 94612
Tel.: (510) 832-8700
5 | Fax: (510) 836-2595

6 | Attorneys for Plaintiff
Charcoal Companion Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED, a California corporation, | Civ. No. C07-03097 BZ |
| Plaintiff, | FIRST AMENDED COMPLAINT FOR DESIGN PATENT INFRINGEMENT |
| vs. | |
| NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR Gear, and KOHL'S CORPORATION, | JURY TRIAL DEMANDED |
| Defendants | |

Plaintiff, Charcoal Companion Incorporated ("CCI") alleges for its complaint against Defendants National Broom Company of California, Inc., dba JLR Gear, and Kohl's Corporation ("Defendants") as follows:

JURISDICTION

1. This is a civil action arising under the patent laws of the United States, Title 35 of the United States Code, §1 et. seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a).

INTRADISTRICT ASSIGNMENT

2. This case is exempt from intradistrict assignment pursuant to Civil L.R. 3-2(c) because it includes an intellectual property claim.

PARTIES AND VENUE

3. CCI is a California corporation having its principal place of business in Emeryville,

FIRST AMENDED COMPLAINT FOR DESIGN PATENT INFRINGEMENT

California.

4. On information and belief, Defendant National Broom Company of California, Inc., dba JLR Gear ("JLR Gear") is a California corporation, having a principal place of business in San Leandro, California.

5. On information and belief, Defendant Kohl's Corporation ("Kohl's") is a Wisconsin corporation having a principal place of business in Menomonee Falls, Wisconsin.

6. This Court has personal jurisdiction over Defendants, because Defendants are doing business within this judicial district and/or Defendants have engaged in acts of infringement within this judicial district.

7. Venue is proper in this district pursuant to 28 U.S.C. §§1391(b), 1391(c) and 1400(b).

## PATENT IN SUIT

8. On August 22, 2006, U.S. Design Patent No. D527,137, entitled LAMP HEAD FOR A BARBECUE LIGHT (the "'137 patent"), was duly issued by the United States Patent and Trademark Office to Josef William Urich. A copy of the '137 patent is attached hereto as **Exhibit A**.

9. By virtue of an assignment duly recorded with the U.S. Patent and Trademark Office, Plaintiff, CCI, owns all right, title and interest in and to the '137 patent.

## DEFENDANTS' INFRINGEMENT OF THE '137 PATENT

10. Defendant JLR Gear is making, selling and offering for sale, using and/or importing a barbecue light containing a lamp head which embodies the design covered by CCI's '137 patent, and/or is contributing to the infringement by others of the '137 patent, and will continue to do so unless enjoined by this court.

11. Defendant JLR Gear, which sells barbecue accessory products under the trade name "Smart Barbecue," refers to its infringing barbecue light as an LED Grill Light. A photograph of JLR Gear's LED Grill Light is attached hereto as **Exhibit B**.

12. Defendant JLR Gear has been put on notice of its infringement of CCI's '137 patent and, despite such notice, continues to infringe the '137 patent.

2

FIRST AMENDED COMPLAINT FOR DESIGN PATENT INFRINGEMENT

13. Defendant Kohl's is a national department store chain that sells and offers for sale, the LED Grill Light of JLR Gear.

14. Defendant Kohl's has been put on notice of its infringement of CCI's '137 patent and, despite such notice, continues to infringe the '137 patent.

15. The Defendants' acts of making, selling and offering for sale, using and/or importing the JLR Gear LED Grill Light with full knowledge and disregard of CCI's '137 patent constitute willful infringement of the '137 patent.

## PRAYER FOR RELIEF

WHEREFORE, CCI requests that this Court enter judgment in its favor as follows:

1. That, by virtue of making, selling and offering for sale, using and/or importing, the Defendants, and each of them, have infringed U.S. Patent Number D527,137 (the '137 patent);

2. That Defendants' infringement of the '137 patent is willful;

3. That Defendants be preliminarily and permanently enjoined, along with their officers, directors, agents, employees, parents, and subsidiaries, and all others acting by or through Defendants, controlled by Defendants, or acting in concert or participating with Defendants, from further infringing the '137 patent;

4. That CCI be awarded compensatory damages according to proof in accordance with 35 U.S.C. §284, and pre-judgment and post-judgment interest on such award;

5. That CCI be awarded Defendants' total profit on account of such infringement under 35 U.S.C. §289, and pre-judgment and post-judgment interest on such award;

6. That treble damages be assessed against Defendants for willful infringement pursuant to 35 U.S.C. §284;

7. That CCI be awarded its attorney's fees pursuant to 35 U.S.C. §285; and

8. That CCI be awarded such further and additional relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

CCI hereby demands a trial by jury on all claims asserted herein.

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date: June 14, 2007

        BEESON SKINNER BEVERLY, LLP
          Donald L. Beeson
          Brian Beverly

        /s/ Brian Beverly

        By Brian Beverly
          Attorneys for Plaintiff
          Charcoal Companion Incorporated

4

Charcoal Companion Incorporated
v.
National Broom Company of California, Inc., et al.

FIRST AMENDED COMPLAINT

EXHIBIT A

US00D527137S

(12) **United States Design Patent**  (10) Patent No.: **US D527,137 S**
 Urich  (45) Date of Patent: ** **Aug. 22, 2006**

(54) **LAMP HEAD FOR A BARBECUE LIGHT**

(76) Inventor: **Josef William Urich**, 1814 63rd St., Berkeley, CA (US) 94703

(**) Term: **14 Years**

(21) Appl. No.: **29/232,675**

(22) Filed: **Jun. 21, 2005**

(51) **LOC (8) Cl.** .................................................. **26-99**
(52) **U.S. Cl.** ....................................... **D26/138**; D26/60
(58) **Field of Classification Search** .................. D26/28, D26/37, 39, 44, 57, 73, 60–65; 362/98, 99, 362/197, 198, 157, 171–174, 473–476, 523, 362/545, 183–208, 102, 119, 120, 397
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,168,939 A | * | 8/1939 | Kraeft | 74/551.8 |
| 4,238,816 A | * | 12/1980 | Merlo | 362/279 |
| D290,519 S | | 6/1987 | Kuo | |
| 5,101,333 A | | 3/1992 | Glassford | |
| D329,505 S | * | 9/1992 | Miller | D26/63 |
| D350,211 S | | 8/1994 | Clasby | |
| D366,711 S | | 1/1996 | Clasby | |
| D374,496 S | * | 10/1996 | Small et al. | D26/63 |
| 5,664,875 A | | 9/1997 | Hegedus | |
| D405,549 S | * | 2/1999 | Taylor et al. | D26/28 |
| 5,921,669 A | * | 7/1999 | Taylor et al. | 362/476 |
| 6,264,351 B1 | * | 7/2001 | Taylor et al. | 362/475 |
| 6,568,838 B1 | * | 5/2003 | Taylor et al. | 362/474 |
| 6,851,824 B1 | * | 2/2005 | Hsien | 362/119 |

OTHER PUBLICATIONS

Barbeque Lights, web page, www.pegasusassociates.com, Nov. 2, 2005.
Clip–On BBQ Light, web page, www.nu–temp.com/205.htm, Nov. 2, 2005.

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Donald L. Beeson; Beeson Skinner Beverly, LLP

(57) **CLAIM**

The ornamental design for a lamp head for a barbecue light, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a lamp head for a barbecue light showing my new design;
FIG. **2** is a left side elevational view thereof, the right side being a mirror image;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines shown in FIGS. **1–4** are for illustrative purposes only and indicate the nature and use of my new design; they form no part of my claimed design.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**  Aug. 22, 2006  Sheet 1 of 4  **US D527,137 S**



*FIG._1*



FIG._2



FIG._3

FIG._4



**FIG._5**



**FIG._6**

Charcoal Companion Incorporated
v.
National Broom Company of California, Inc., et al.

FIRST AMENDED COMPLAINT

EXHIBIT B

