UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARCOAL COMPANION,
INCORPORATED,

        Plaintiff(s),

    v.

NATIONAL BROOM COMPANY OF
CALIFORNIA, INC. et al

        Defendant(s).

_____/

No.  C 07-03097 BZ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 07/13/2007

/s/ Donald L. Beeson
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")