1  BEESON SKINNER BEVERLY, LLP
     Donald L. Beeson, dbeeson@bsbllp.com
2       State Bar No. 56532
     Brian Beverly, bbeverly@bsbllp.com
3       State Bar No. 103089
   One Kaiser Plaza, Suite 750
4  Oakland, CA  94612
   Tel.:  (510) 832-8700
5  Fax:  (510) 836-2595

6  Attorneys for Plaintiff
   Charcoal Companion Incorporated

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10  CHARCOAL COMPANION                    )
    INCORPORATED, a California corporation, )
11                                         )   Civ. No.  C07-03097 BZ
                            Plaintiff,      )
12                                         )
    vs.                                    )
13                                         )
    NATIONAL BROOM COMPANY OF              )
14  CALIFORNIA, INC., dba JLR Gear, and    )
    KOHL'S CORPORATION,                    )
15                                         )
                            Defendants     )
16  _____ )

17       **STIPULATION TO EXTEND TIME FOR NATIONAL BROOM COMPANY**
            **OF CALIFORNIA, INC. DBA JLR GEAR TO ANSWER**
18                 **OR OTHERWISE RESPOND TO COMPLAINT**

19       Plaintiff, Charcoal Companion Incorporated and Defendant, National Broom Company

20  of California, Inc., dba JLR Gear, ("JLR Gear") hereby stipulate that JLR Gear shall have

21  until August 8, 2007, to answer or otherwise respond to complaint in the above entitled action.

22       JLR Gear has not yet engaged counsel to represent it in this action and this stipulation

23  does not constitute an appearance by JLR Gear.

24       This stipulation is made without court order pursuant to Local Rule 6-1(a).

25  /////

26  /////

27  /////

28  /////

_____
STPULATION TO EXTEND JLR GEAR'S TIME TO ANSWER COMPLAINT

BEESON SKINNER BEVERLY, LLP

By:      /S/
         Donald L. Beeson
         Attorneys for Plaintiff
         Charcoal Companion Incorporated

NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR Gear

By:      /S/
         John Claassen, President

## Signature Attestation

**I, Donald L. Beeson, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

2