```
1  THEODORE J. BIELEN, JR. - Bar No. 56395
   CHARLES L. THOEMING.- Bar No. 153504
2  BIELEN, LAMPE, & THOEMING
   1390 Willow Pass Road, Ste 1020
3  Concord, CA 94520
   Tel: 925 288-9720
4  Fax: 925 288-9731
   (Theodore J. Bielen)bielenlt@yahoo.com
5  (Charles L. Thoeming)hadvbaxen@earthlink.net
   Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br><br><br>NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR GEAR, and KOHL'S CORPORATION<br><br>    Defendants | Case No: C07-03097 BZ<br><br>CONSENT TO JURISDICTION OF MAGISTRATE |

   Defendant consents to Magistrate Judge Zimmerman's jurisdiction in the present case.

1

1
2
3  DATED: August 10, 2007
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Respectfully submitted,**
**BIELEN, LAMPE & THOEMING**

By: _____
THEODORE J. BIELEN, JR.
CHARLES L. THOEMING
Attorneys for Defendant
National Broom Company of
California, Inc, d.b.a. JLR Gear