```
THEODORE J. BIELEN, JR. - Bar No. 56395
CHARLES L. THOEMING.- Bar No. 153504
BIELEN, LAMPE, & THOEMING
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Tel: 925 288-9720
Fax: 925 288-9731
(Theodore J. Bielen)bielenlt@yahoo.com
(Charles L. Thoeming)hadvbaxen@earthlink.net
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR GEAR, and KOHL'S CORPORATION <br><br> Defendants | Case No: C07-03097 BZ <br><br> **CONSENT TO JURISDICTION OF MAGISTRATE** |

Defendant **KOHL'S CORPORATION** consents to Magistrate Judge Zimmerman's jurisdiction in the present case.

1

DATED: 7 September 2007

                                        Respectfully submitted,
                                        BIELEN, LAMPE & THOEMING

                                        By: _____

                                        THEODORE J. BIELEN, JR.
                                        CHARLES L. THOEMING
                                        Attorneys for Defendant
                                        **KOHL'S CORPORATION**