BEESON SKINNER BEVERLY, LLP
  Donald L. Beeson,  dbeeson@bsbllp.com
      State Bar No. 56532
  Brian Beverly, bbeverly@bsbllp.com
      State Bar No. 103089
One Kaiser Plaza, Suite 750
Oakland, CA  94612
Tel.:  (510) 832-8700
Fax:  (510) 836-2595

Attorneys for Plaintiff
Charcoal Companion Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARCOAL COMPANION INCORPORATED, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR Gear, and KOHL'S CORPORATION, <br><br> Defendants | Case. No.  C07-03097 BZ |

PLAINTIFF'S NOTICE TO COURT RE
COMPLIANCE WITH ADR DEADLINES
AND NEED FOR ADR PHONE CONFERENCE (ADR L.R. 3-5(d))

Pursuant to the court's Order dated June 13, 2007, the deadline to file a Joint ADR Certification with Stipulation to ADR Process or Notice of ADR Phone Conference, is September 10, 2007.  This filing is to notify the court of plaintiff's efforts to comply with the court's order and the status of the ADR discussions.

Plaintiff's undersigned counsel can report to the court that on Wednesday, September 5, 2007, he met and conferred with Mr. Theodore J. Bielen, Jr., counsel for defendants National Broom Company of California, Inc. and Kohl's Corporation, during which ADR alternatives were discussed.  A tentative agreement was reached during that conference to request an early settlement conference before a Magistrate Judge as the most suitable form of ADR in this case.  This

agreement was made subject to confirmation of the clients' consent to this ADR process. On Thursday, September 6, 2007, plaintiff's counsel confirmed the consent of Charcoal Companion, Incorporated to an early settlement conference, and did so in an email message to Mr. Bielen, the receipt of which was acknowledged. On Friday, September 7, plaintiff's counsel followed up his earlier communication by forwarding a filled out copy of the court's standard form NOTICE OF NEED FOR ADR PHONE CONFERENCE to Mr. Bielen for his signature, and requesting that he return the signed notice to plaintiff's counsel for ECF filing. A subsequent confirmation copy was emailed today, September 10. Despite unsuccessful efforts to reach Mr. Bielen by both email and telephone, the signed Notice had not been returned by the end of the day, September 10, 2007, and Mr. Bielen had not otherwise communicated with plaintiff's counsel.

Plaintiff's counsel hereby notifies the court that, until he hears from defendant's counsel, he is unable to file either a Joint ADR Certification with Stipulation to ADR Process or a jointly signed Notice of Need for ADR Phone Conference. Plaintiff's counsel further notifies the court that he is prepared to participate in an ADR phone conference on behalf of plaintiff for the purpose discussing ADR alternatives, including an earlier settlement conference.

Date: September 10, 2007

                                                     Respectfully submitted,

                                                     /s/ Donald L. Beeson
                                                     Donald L. Beeson
                                                     Beeson Skinner Beverly, LLP
                                                     Attorneys for Plaintiff
                                                     Charcoal Companion, Incorporated

PLAINTIFF'S NOTICE RE COMPLIANCE WITH ADR DEADLINES