# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Charcoal Companion Incorporated

                     Plaintiff(s),

                     v.

National Broom Company of California, Inc.
and Kohl's Corporation

                     Defendant(s).

CASE NO. C07-03097 BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 1, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Donald L. Beeson | Charcoal Companion, Incorporated, Plaintiff | 510-832-8700 | dbeeson@bsbllp.com |
| Theodore J. Bielen, Jr. | National Broom Company of California, Inc., Defendant | 925-288-9720 | bielenlt@yahoo.com |
| Theodore J. Bielen, Jr. | Kohl's Corporation, Defendant | 925-288-9720 | bielenlt@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/11/07                                           Attorney for Plaintiff

Dated: Sep 2007                                    Attorney for Defendant