**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/01/2007**

**C07-3097 BZ**

**Charcoal Companion Inc. v. National Broom Company of California Inc., et al.**

Attorneys:   Donald Beeson     Theodore J. Bielen, Jr.

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**      Reporter: **Not Reported. Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                              **RULING:**

1. Case Management Conference                                  Matter Held
2. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel will submit a stipulated protective order. Plaintiff will have until 10/15/2007 to file a Request for Leave of Court, to file an Amended Complaint.  Jury trial set for September 8, 2008 at 8:30 a.m.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court  XX

( XX ) Referred to Magistrate Judge for a Settlement Conference to occur in November or as soon as schedule permits.
       ( ) By Court     ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                        Trial Date-
                                             Type of Trial:
Notes: