LAW OFFICES OF

# BIELEN, LAMPE & THOEMING

THEODORE J. BIELEN, JR.
A PROFESSIONAL CORPORATION

THOMAS R. LAMPE

CHARLES L. THOEMING

PATENTS, TRADEMARKS & COPYRIGHTS

A PROFESSIONAL ASSOCIATION
TWO CORPORATE CENTRE
1390 WILLOW PASS ROAD
SUITE 1020
CONCORD, CALIFORNIA 94520

TELEPHONE: (925) 288-9720
FAX: (925) 288-9731

SACRAMENTO OFFICE
(916) 961-1530

16 November 2007

**MAGISTRATE JUDGE MARIA
ELENA JAMES**
450 Golden Gate Ave
San Francisco, CA 94102

   RE:   CHARCOAL COMPANION, INC v. NATIONAL BROOM COMPANY
         ET AL Case No: C-07-3097BZ (MEJ)

Dear Judge James:

   We represent the Defendants in the above case.

   Our client is requesting that a representative of The National Broom Company only be present at the upcoming Settlement Conference. This request is made since The National Broom Company representative would have full authority to negotiate and settle the case on behalf of National Broom Company, Kohl's Department Stores Inc. and Kohl's Corporation. National Broom Company is the indemnitor of Kohl's Department Stores, Inc., and Kohl's Corporation in this case.

Respectfully, Submitted

*/s/ Theodore J. Bielen, Jr.*

THEODORE J. BIELEN, JR

TJB: cls

DATED: November 26, 2007

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]