UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

CIVIL MINUTE ORDER

DATE: December 10, 2007
TITLE: Charcoal -v- Nat'l Broom Co.                    CASE #: C-073097 BZ

APPEARANCES:

FOR PLAINTIFF:                                          FOR DEFENDANT:

Donald L. Beeson                                        Theordore J. Bielen, Jr.

Deputy Clerk: Brenda Tolbert                            FTR: 3:09- 3:20

PROCEEDINGS:

____  Case Management
____  Further Case Management
____  Status Conference
____  Pretrial Conference
 X    Settlement Conference (Length: 1.5 Hr/s.)
____  Evidentiary Hearing
____  Examination of Judgment Debtor
____  Motions
____  Other:

ORDER/RESULTS:

**Conference Held.  CASE SETTLED.**

Case Continued To:_____  For:_____
Case Referred To:_____   For:_____


ORDER TO BE PREPARED BY:

cc: Chambers File, Chris, Brenda,  Other: Lashanda