1  BEESON SKINNER BEVERLY, LLP
   Donald L. Beeson,  dbeeson@bsbllp.com
2       State Bar No. 56532
   Brian Beverly, bbeverly@bsbllp.com
3       State Bar No. 103089
One Kaiser Plaza, Suite 750
4  Oakland, CA  94612
Tel.:  (510) 832-8700
5  Fax:  (510) 836-2595

6  Attorneys for Plaintiff
Charcoal Companion, Incorporated

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| CHARCOAL COMPANION INCORPORATED, a California corporation, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | Case. No.  C07-03097 BZ |
| vs. | ) ) | |
| NATIONAL BROOM COMPANY OF CALIFORNIA, INC., dba JLR Gear, and KOHL'S CORPORATION, | ) ) ) ) | MOTION TO VACATE DISMISSAL AND TO RESTORE ACTION TO COURT'S CALENDAR AND [PROPOSED] ORDER |
| Defendants | ) ) | |

Plaintiff, Charcoal Companion, Incorporated, hereby moves the Court to vacate its Order of Conditional Dismissal dated January 9, 2008, in the above-titled action and to restore this matter to the court's calendar. The court's Order of Dismissal was conditioned on the consummation of the settlement agreement arrived at between the parties at a settlement conference before Magistrate Maria Elena-James, and provided that either party may move the Court to restore the matter to the Court's calendar if the settlement had not been consummated within 30 days of the date of the Order. The Court's deadline expires February 9, 2008.

The parties have not yet consummated their settlement, but believe the settlement can be consummated shortly after the Court's deadline.  Further, the yet to be consummated settlement

between the parties contemplates a Stipulation of Dismissal and [Proposed] Order that provides for the Court's retention of jurisdiction over all disputes arising under the settlement agreement. Plaintiff's counsel shall, within 15 days of this motion, inform the Court whether or not a settlement has been consummated, and submit a proposed Order if it has.

Dated:   February 7, 2007                                      BEESON SKINNER BEVERLY, LLP

                                                                       By   /Donald L. Beeson/
                                                                           Donald L. Beeson

Attorneys for Plaintiff
Charcoal Companion, Incorporated

**IT IS SO ORDERED:**

Dated: _____                                      _____
                                                                            Hon. Bernard Zimmerman
                                                                              United District Court Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2008, a true and correct copy of the enclosed MOTION TO VACATE DISMISSAL AND TO RESTORE ACTION TO COURTS CALENDAR AND [PROPOSED] ORDER was served by first-class mail prepaid upon counsel for defendants at the following address:

Theodore J. Bielen, Jr.
Law Offices of Bielen, Lampe & Thoeming
Two Corporate Center
1390 Willow Pass Road, Suite 1020
Concord, CA 94520


Date: February 7, 2008                          /Donald L. Beeson/
                                                          Donald L. Beeson
                                                          Attorney for Plaintiff