1  BEESON SKINNER BEVERLY, LLP
2     Donald L. Beeson, dbeeson@bsbllp.com
       State Bar No. 56532
    Brian Beverly, bbeverly@bsbllp.com
3      State Bar No. 103089
   One Kaiser Plaza, Suite 750
4  Oakland, CA  94612
   Tel.:  (510) 832-8700
5  Fax:  (510) 836-2595

6  Attorneys for Plaintiff
   Charcoal Companion Incorporated
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 CHARCOAL COMPANION                    )  Case No.  C 07-03097 BZ
   INCORPORATED, a California corporation,)
11                                         )
                  Plaintiff,               )
12                                         )  STIPULATION OF DISMISSAL AND
   vs.                                     )  [Proposed] ORDER
13                                         )
   NATIONAL BROOM COMPANY OF               )
14 CALIFORNIA, INC., dba JLR Gear,         )
   KOHL'S CORPORATION, and                 )
15 KOHL'S DEPARTMENT STORES, INC.,         )
                                           )
16                Defendants               )
   _____ )
17

18     The Parties have entered into a settlement agreement resolving all matters relating to

19 this Action.

20     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all
21
   Parties, through their respective counsel that, pursuant to Rule 41(a)(1) of the Rules of Civil
22
23 Procedure, this Court enter a dismissal of this Action, Case No. C 07-03097 BZ, in its entirety

24 and with prejudice, with the Parties to bear their own fees and costs.

25     IT IS FURTHER STIPULATED that this Court, and specifically the Honorable
26
27 Bernard Zimmerman, or another Judge or Magistrate Judge assigned by the Court, shall retain

28 jurisdiction over all disputes between the Parties arising out of the settlement agreement

_____
STIPULATION OF DISMISSAL AND [Proposed] ORDER

between the Parties including, but not limited to, the interpretation and enforcement of the terms of the settlement agreement and/or entry of judgement should the need arise.

Dated: February 20, 2008          BEESON SKINNER BEVERLY, LLP

                                       By /s/ Donald L. Beeson
                                            Donald L. Beeson

Attorneys for Plaintiff
Charcoal Companion, Incorporated

Dated: February 20, 2008          BIELEN, LAMPE & THOEMING, P.A.

                                       By /s/ Theodore J. Bielen, Jr.
                                         Theodore J. Bielen, Jr.

Attorneys for Defendants
National Broom Company of California, Inc.
dba JLR Gear, Kohl's Corporation, and Kohl's
Department Stores, Inc.

**IT IS SO ORDERED:**

Dated: _____          _____
                                         Hon. Bernard Zimmerman
                                         United District Court Magistrate Judge

### Signature Attestation

**I, Donald L. Beeson, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

2

STIPULATION OF DISMISSAL AND [Proposed] ORDER