1  BEESON SKINNER BEVERLY, LLP
      Donald L. Beeson, dbeeson@bsbllp.com
2        State Bar No. 56532
      Brian Beverly, bbeverly@bsbllp.com
3        State Bar No. 103089
   One Kaiser Plaza, Suite 750
4  Oakland, CA  94612
   Tel.:  (510) 832-8700
5  Fax:  (510) 836-2595

6  Attorneys for Plaintiff
   Charcoal Companion Incorporated

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 CHARCOAL COMPANION INCORPORATED, )   Case No.  C 07-03097 BZ
   a California corporation,        )
11                                   )
              Plaintiff,             )
12                                   )   STIPULATION OF DISMISSAL AND
   vs.                               )   [Proposed] ORDER
13                    NATIONAL       )
   BROOM COMPANY OF CALIFORNIA, INC.,)
14 dba JLR Gear,                     )
   KOHL'S CORPORATION, and           )
15 KOHL'S DEPARTMENT STORES, INC.,   )
                                     )
16            Defendants             )
                                     )
17 _____

18     The Parties have entered into a settlement agreement resolving all matters relating to this

19 Action.

20     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all

21

22 Parties, through their respective counsel that, pursuant to Rule 41(a)(1) of the Rules of Civil

23 Procedure, this Court enter a dismissal of this Action, Case No. C 07-03097 BZ, in its entirety

24 and with prejudice, with the Parties to bear their own fees and costs.

25     IT IS FURTHER STIPULATED that this Court, and specifically the Honorable Bernard

26 Zimmerman, or another Judge or Magistrate Judge assigned by the Court, shall retain

27

28 jurisdiction over all disputes between the Parties arising out of the settlement agreement between

_____

STIPULATION OF DISMISSAL AND [Proposed] ORDER

the Parties including, but not limited to, the interpretation and enforcement of the terms of the settlement agreement and/or entry of judgement should the need arise, for a period of 6 months.

Dated: February 20, 2008                BEESON SKINNER BEVERLY, LLP

                                        By /s/ Donald L. Beeson
                                           Donald L. Beeson

                                        Attorneys for Plaintiff
                                        Charcoal Companion, Incorporated

Dated: February 20, 2008                BIELEN, LAMPE & THOEMING, P.A.

                                        By /s/ Theodore J. Bielen, Jr.
                                           Theodore J. Bielen, Jr.

                                        Attorneys for Defendants
                                        National Broom Company of California, Inc.
                                        dba JLR Gear, Kohl's Corporation, and Kohl's
                                        Department Stores, Inc.

**IT IS SO ORDERED:**

Dated: February 24, 2008                _____
                                        Hon. Bernard Zimmerman
                                        United District Court Magistrate Judge

### Signature Attestation

**I, Donald L. Beeson, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

2

STIPULATION OF DISMISSAL AND [Proposed] ORDER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]